UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STA PHARMACEUTICALS US, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Phuong Hoai NGUYEN,<br><br>Defendants. | Case No.: 24-cv-2426-AGS-DDL<br><br>**ORDER GRANTING MOTION TO SEAL (ECF 17) AND DENYING REQUEST FOR EXPEDITED DISCOVERY (ECF 19-1)** |

In connection with its preliminary-injunction motion, plaintiff STA Pharmaceuticals US, LLC, moves to seal Exhibit A to Yu Lu's declaration and portions of Britton Moore's declaration. The public has a "general right to inspect and copy public records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). "A party seeking to seal judicial records can overcome the strong presumption of access by providing sufficiently compelling reasons that override the public policies favoring disclosure." *In re Midland Nat. Life Ins. Co. Annuity Sales Pracs. Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012); *see also Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016) (applying the "compelling reasons" standard to a preliminary-injunction motion that was "more than tangentially related to the merits" of the case). STA's sealing motion is tailored to protect only information that is sufficiently identified as trade secrets or confidential third-party information. Thus, the motion is **GRANTED**. *See Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011) ("The publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome this strong presumption in favor of access to documents.").

The request for expedited discovery (*see* ECF 19-1, at 24) is **DENIED** without prejudice. STA may renew this request with the Magistrate Judge.

Dated: September 18, 2025

_____
Hon. Andrew G. Schopler
United States District Judge